IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN M. SEITZ | Magistrate No. 24-1155 |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Joseph P. Mitchell, being duly sworn, do hereby state the following is true to the best of my knowledge and belief:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws of the United States and duly authorized by the Attorney General to request an arrest warrant. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. I have been employed as an Inspector with the United States Department of Homeland Security/Federal Protective Service ("DHS/FPS") since December 2015. I am currently assigned as an Inspector who enforces and investigates federal crimes out of Pittsburgh, Pennsylvania.

2. As a federal agent and Inspector, I have participated in many federal investigations. I have employed and am familiar with all the normal methods of investigation, including electronic surveillance, physical surveillance, interviews of witnesses, execution of search and arrest warrants, and the use of informants and cooperating witnesses. I have investigated and assisted other agents/inspectors in investigating, federal and state firearm violations, threats to federal government employees, bomb threats to federal facilities, suspicious packages, thefts, burglaries,

assaults, narcotics, threats against federal facilities/employees and destruction of government property.

3. As part of a DHS/FPS investigation, your Affiant has been investigating Steven Michael SEITZ (DOB: 01/08/1990) of Sarasota, FL for violations of Title 18, United States Code, Section 111 which makes it a violation of federal law to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 while engaged in or on account of the performance of official duties. I am aware that depending on the acts and conduct, this federal violation can be a misdemeanor or felony, with the latter occurring when such acts involve physical contact with the victim or the intent to commit another felony.

4. The facts in this affidavit come from my personal observations, my discussions with other investigating agents, officers, and analysts, my training and experience, my review of documents, and information obtained from witnesses. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

5. For the reasons set forth below, there is probable cause to believe that on or about July 9, 2024, in the Western District of Pennsylvania, the defendant Steven Michael SEITZ, assaulted (i.e., punched and kicked), resisted, opposed, a federal officer (or person designated under 18 U.S.C. §1114) while engaged in or on account of the performance of their official duties, in violation of federal law (18 U.S.C. §111).

## CASE INITIATION AND PROBABLE CAUSE

6. The investigation of the defendant Steven Michael SEITZ was initiated on July 09, 2024, after the DHS/FPS was contacted by the U.S. Marshals Service (USMS), in reference to an individual, later identified as SEITZ, who had assaulted two United States Court Security Officers

(CSOs) at the U.S. Federal Courthouse located in the Western District of Pennsylvania in Pittsburgh, Pennsylvania.

7. Your Affiant was made aware by law enforcement, including USMS and CSOs, that SEITZ, assaulted two CSOs on July 9, 2024, at the U.S. Federal Courthouse while these CSOs were performing security services at this federal building. Specifically, SEITZ struck a CSO (victim identified as CSO MY) with a closed fist while this CSO was engaged in official duties and SEITZ kicked another CSO (victim identified as CSO DG) while this CSO was engaged in official duties.

8. Based upon reports from witnesses on the scene, SEITZ assaulted these two CSOs, causing physical contact and bodily injury.

9. By way of further detail, on July 9, 2024, SEITZ approached the U.S. Federal Courthouse in the Western District of Pennsylvania in Pittsburgh, Pennsylvania (700 Grant Street). Upon entering this federal courthouse, CSOs engaged with SEITZ.

10. SEITZ started yelling at the CSOs. SEITZ told the CSOs that that he needed to speak with the CIA (presumably referring to the Central Intelligence Agency).

11. According to my investigations and interviews of the CSOs on the scene, the CSOs on the scene explained that the CIA was not in the courthouse facility.

12. At that time, SEITZ became verbally aggressive, and started yelling at the CSOs.

13. SEITZ then told the CSOs that he was going to "kick their asses."

14. SEITZ then placed his hands behind his back and the CSOs attempted to escort SEITZ out of the courthouse facility.

15. At that time, SEITZ became physically aggressive, and struck CSO MY with a closed fist in the head.

16. SEITZ also kicked CSO DG in the shoulder.

17. Thus, SEITZ made physical contact with both CSOs while they were working as security personnel at the U.S. Federal Courthouse. Specifically, based upon this investigation to date, SEITZ forcibly assaulted, resisted, opposed, impeded, intimidated, and/or interfered with persons designated in 18 U.S.C. §1114, to wit: CSO MY and CSO DG, who were working as United States Court Security Officers at the U.S. Federal Courthouse, and were engaged in official duties at the time of these events and the corresponding assault.

18. Your Affiant is aware that these two CSOs are persons designated under 18 U.S.C. §1114.

19. You affiant is aware that the location of these events, including the assaults on the CSO occurred at the Joseph F. Weiss Federal Courthouse, which is a Federal Government Owned Facility in Pittsburgh, Pennsylvania under Exclusive Jurisdiction.

## CONCLUSION

20. Based on the foregoing, I submit there is probable cause to believe that on or about July 9, 2024, in the Western District of Pennsylvania, SEITZ acted in violation of Title 18, United States Code Section 111, by assaulting two CSOs while engaged in official duties, and that such violation of federal law occurred at the Joseph F. Weiss Federal Courthouse, under Exclusive Jurisdiction.

Respectfully submitted,

/s/ Joseph P. Mitchell
Inspector Joseph P. Mitchell
Homeland Security / Federal Protective Service

Sworn to before me *telephonically*
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A),
this 10th day of July 2024.

_____
HONORABLE KEZIA O. L. TAYLOR
UNITED STATE MAGISTRATE JUDGE
Western District of Pennsylvania